JOSEPH GAGNON *vs.* LEWISTON, AUGUSTA & WATERVILLE ST. RY.

Androscoggin County. Decided January 29, 1918. This action is for damages to plaintiff's automobile which was struck by defendant's car, at the intersection of Chestnut and Lisbon Streets, in Lewiston. The only dispute is as to the facts and there is sufficient evidence to justify the jury's verdict of $169.50 in the plaintiff's favor. The motion filed by the defendant is therefore overruled. *McGillicuddy & Morey*, for plaintiff. *Newell & Woodside*, for defendant.